```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorneys
    Violent and Organized Crime Section
 5    1500 United States Courthouse
      312 North Spring Street
 6    Los Angeles, California 90012
      Telephone: (213) 894-0698
 7    Facsimile: (213) 894-3713
      E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
10                    UNITED STATES DISTRICT COURT
11             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12  UNITED STATES OF AMERICA,   )  CR No. 09-589-SVW
                                )
13            Plaintiff,        )  [PROPOSED] FINDINGS AND ORDER
                                )
14       v.                     )  Proposed Date: November 26, 2012
                                )  Proposed Time: 11:00 a.m.
15  EUSEBIO ALVAREZ,            )
                                )
16            Defendant.        )
                                )
17
18
```

ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
MAY 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorneys
    Violent and Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-3713
         E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK U.S. DISTRICT COURT
MAY 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-589-SVW |
| Plaintiff, | ) [PR~~OPOS~~ED] FINDINGS AND ORDER |
| v. | ) Proposed Date: November 26, 2012 |
| EUSEBIO ALVAREZ, | ) Proposed Time: 11:00 a.m. |
| Defendant. | ) |

[PROPOSED] FINDINGS AND ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Sentencing in this matter is continued to 11:00 a.m. on November 26, 2012. at 11:00 AM

MAY 2 5 2012
_____          _____
DATE                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, **LORINDA CANTU** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of

**[PROPOSED] FINDINGS AND ORDER**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows:

[ ] By hand delivery

[ ] By facsimile as follows:

[ ] Federal Express

**BERT ANTHONY**
**P.O. BOX 36364**
**LOS ANGELES, CA 90036-0364**

This Certificate is executed on **May 24, 2012** Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
LORINDA CANTU